# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 26, 2018

Stephen J. Markman,
Chief Justice

156954

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

GREGORY JOHNSON and BEAR MOUNTAIN,
LLC,

       Plaintiffs/Counterdefendants-
       Appellants,

v

       SC: 156954
       COA: 335645
       Marquette CC: 12-050150-CZ

DEPARTMENT OF NATURAL RESOURCES
and DIRECTOR, DEPARTMENT OF NATURAL
RESOURCES,

       Defendants/Counterplaintiffs-
       Appellees.

_____/

       On order of the Court, the application for leave to appeal the October 12, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 26, 2018



Clerk

p0419